Opinion issued February 12, 2013



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-12-00516-CV

————————————

**CITY OF PINEY POINT VILLAGE, TEXAS AND LEE BUTLER IN HIS OFFICIAL CAPACITY AS MAYOR OF PINEY POINT VILLAGE, TEXAS, Appellants**

**V.**

**THE CITY OF HUNTERS CREEK VILLAGE, TEXAS, Appellee**

---

**On Appeal from the County Civil Court at Law No. 1
Harris County, Texas
Trial Court Cause No. 1010490**

---

## MEMORANDUM OPINION

Appellants, the City of Piney Point Village, Texas and Lee Butler in his official capacity as mayor of Piney Point Village, Texas, have filed an unopposed motion to dismiss the appeal. No opinion has issued. Accordingly, we grant the

motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Bland, and Massengale.